IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MC 16-80165 WHA |
| Plaintiff, | |
| v. | **ORDER RE PROPOSED LAWSUIT** |
| JOHN BROSNAN, | |
| Defendant. | |

In compliance with the terms of his supervised release, defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in state court. In his complaint, Brosnan alleges that defendant Deutsche Bank National Trust Company violated various California Civil Codes when it disposed of plaintiff's property without proper notice following an unlawful detainer action.

Brosnan's proposed complaint is frivolous and the undersigned judge already denied permission to file a substantially similar complaint against Deutsche Bank. *Brosnan v. Deutsch Bank,* MC 15-80183 (N.D. Cal. June 26, 2015). Permission to file this complaint against Deutsche Bank is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE